239 So.2d 174

Howard LASH

v.

ACME INVESTMENT COMPANY, Inc., d/b/a Pineville News Company, and The Pineville News Company.

No. 50878.

Sept. 22, 1970.

Writ refused. No abuse of discretion or error shown.